Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−11826−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Deirdre Carew
    1 Woodlake Dr
    Parlin, NJ 08859

Social Security No.:
    xxx−xx−7772

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 2, 2023.

Dated: November 2, 2023
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-11826-CMG

Deirdre Carew                                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                              Page 1 of 3

Date Rcvd: Nov 02, 2023                      Form ID: plncf13                          Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Deirdre Carew, 1 Woodlake Dr, Parlin, NJ 08859-2197 |
| 519881879 | + | Selip & Stylianou, LLP, 10 Forest Avenue , Suite 300, Paramus, NJ 07652-5238 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519854849 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2023 20:48:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519854848 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2023 20:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519898683 | ^ | MEBN | Nov 02 2023 20:39:44 | CIGPF I CORP, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 519854850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2023 20:54:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519854851 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2023 21:05:40 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519893748 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 02 2023 21:05:46 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519899484 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2023 20:50:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519913020 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 20:54:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519854852 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 21:05:44 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519854853 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 20:54:02 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519854855 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2023 20:50:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519854854 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2023 20:50:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519854859 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 20:54:24 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke |

| | | | |
|---|---|---|---|
| | | | Boulevard, Mason, OH 45040 |
| 519854857 | | Email/Text: consumers@fcsbpo.com | |
| | | | Nov 02 2023 20:48:00  First Credit Services, 9 Wills Way, Piscataway, NJ 08854 |
| 519854856 | ^ | MEBN | |
| | | | Nov 02 2023 20:38:51  First Credit Services, Attn: Bankruptcy, Po Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 519881878 | + | Email/Text: kmorgan@morganlaw.com | |
| | | | Nov 02 2023 20:50:00  Ford Motor Credit, C/O Morgan Bornstein & Morgan, 1236 Brace Rd Suite K, Cherry Hill, NJ 08034-3229 |
| 519881877 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | | Nov 02 2023 20:49:00  IRS, POB 480, Holtsville, NY 11742 |
| 519914627 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | | Nov 02 2023 20:50:00  Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519865531 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Nov 02 2023 20:54:04  LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519854858 | + | Email/Text: EBNBKNOT@ford.com | |
| | | | Nov 02 2023 20:50:00  Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 519854860 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | | Nov 02 2023 20:54:20  Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519941314 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | | Nov 02 2023 21:05:46  MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 519941313 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | | Nov 02 2023 20:54:23  MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519914626 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | | Nov 02 2023 20:54:18  Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519883978 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | | Nov 02 2023 20:50:00  Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519885061 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Nov 02 2023 20:49:00  Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519854862 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Nov 02 2023 20:49:00  Rushmore Loan Mgmt Srvc, Pob 52708, Irvine, CA 92619-2708 |
| 519854861 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | | Nov 02 2023 20:49:00  Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519854863 | + | Email/Text: bankruptcy@sunrisecreditservices.com | |
| | | | Nov 02 2023 20:49:00  Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519854864 | + | Email/Text: bankruptcy@sunrisecreditservices.com | |
| | | | Nov 02 2023 20:49:00  Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519854865 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | | Nov 02 2023 21:26:28  Syncb/wlmrtd, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519856415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Nov 02 2023 20:54:01  Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519854866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Nov 02 2023 20:55:00  Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519854867 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | | Nov 02 2023 20:54:50  Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519905576 | + | Email/Text: bncmail@w-legal.com | |
| | | | Nov 02 2023 20:50:00  TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519854868 | + | Email/Text: bncmail@w-legal.com | |
| | | | Nov 02 2023 20:49:00  Target Nb, C/O Financial & Retail Services, |

District/off: 0312-3
Date Rcvd: Nov 02, 2023

User: admin
Form ID: plncf13

Total Noticed: 42

| | | | | Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
|---|---|---|---|---|
| 519854869 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 02 2023 20:49:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 519857803 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | | |
| | | | Nov 02 2023 20:54:25 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519891321 | *+ | Ford Motor Credit Company, LLC, c/o Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023

Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Paul H. Young | on behalf of Debtor Deirdre Carew support@ymalaw.com  lesliebrown.paralegal@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5