Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11826−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deirdre Carew
   1 Woodlake Dr
   Parlin, NJ 08859

Social Security No.:
   xxx−xx−7772

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/12/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 12, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11826-MEH |
| Deirdre Carew | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 12, 2025 | Form ID: 148 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Deirdre Carew, 1 Woodlake Dr, Parlin, NJ 08859-2197 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2025 23:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2025 23:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519854849 | + | EDI: BANKAMER | Nov 13 2025 04:20:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519854848 | + | EDI: BANKAMER | Nov 13 2025 04:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519898683 | ^ | MEBN | Nov 12 2025 23:40:09 | CIGPF I CORP, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 519854850 | + | EDI: CAPITALONE.COM | Nov 13 2025 04:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519854851 | + | EDI: CAPITALONE.COM | Nov 13 2025 04:20:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519893748 | + | EDI: AIS.COM | Nov 13 2025 04:26:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519899484 | | EDI: Q3G.COM | Nov 13 2025 04:26:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519913020 | | EDI: CITICORP | Nov 13 2025 04:26:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519854852 | + | EDI: CITICORP | Nov 13 2025 04:26:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519854853 | + | EDI: CITICORP | Nov 13 2025 04:26:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519854855 | + | EDI: WFNNB.COM | Nov 13 2025 04:26:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519854854 | + | EDI: WFNNB.COM | Nov 13 2025 04:26:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 23-11826-MEH   Doc 47   Filed 11/14/25   Entered 11/15/25 00:21:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 12, 2025 | Form ID: 148 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 519854859 | | EDI: CITICORP | Nov 13 2025 04:26:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519854857 | | Email/Text: consumers@fcsbpo.com | Nov 12 2025 23:48:00 | First Credit Services, 9 Wills Way, Piscataway, NJ 08854 |
| 519854856 | ^ | MEBN | Nov 12 2025 23:39:35 | First Credit Services, Attn: Bankruptcy, Po Box 553 Skiles Ave, Piscataway, NJ 08855-0055 |
| 519881878 | + | Email/Text: BKNotice@ldvlaw.com | Nov 12 2025 23:48:00 | Ford Motor Credit, C/O Morgan Bornstein & Morgan, 1236 Brace Rd Suite K, Cherry Hill, NJ 08034-3229 |
| 519881877 | | EDI: IRS.COM | Nov 13 2025 04:26:00 | IRS, POB 480, Holtsville, NY 11742 |
| 519914627 | | EDI: JEFFERSONCAP.COM | Nov 13 2025 04:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519865531 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 00:02:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519854858 | + | Email/Text: EBNBKNOT@ford.com | Nov 12 2025 23:50:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 519854860 | + | EDI: CITICORP | Nov 13 2025 04:26:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519941314 | + | EDI: AISMIDFIRST | Nov 13 2025 04:20:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 519941313 | + | EDI: AISMIDFIRST | Nov 13 2025 04:20:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519914626 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 00:02:03 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519883978 | | EDI: Q3G.COM | Nov 13 2025 04:26:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519885061 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519854862 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Rushmore Loan Mgmt Srvc, Pob 52708, Irvine, CA 92619-2708 |
| 519854861 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 12 2025 23:48:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519881879 | ^ | MEBN | Nov 12 2025 23:39:52 | Selip & Stylianou, LLP, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 519854863 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 12 2025 23:48:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519854864 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 12 2025 23:48:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 519854865 | + | EDI: CAPITALONE.COM | Nov 13 2025 04:20:00 | Syncb/wlmrtd, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519856415 | + | EDI: PRA.COM | Nov 13 2025 04:26:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519854866 | + | EDI: SYNC | Nov 13 2025 04:20:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519854867 | + | EDI: SYNC | Nov 13 2025 04:20:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519905576 | + | Email/Text: bncmail@w-legal.com | | |

Case 23-11826-MEH    Doc 47    Filed 11/14/25    Entered 11/15/25 00:21:24    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: 148 | Total Noticed: 42 |

| | | | |
|---|---|---|---|
| | | Nov 12 2025 23:50:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519854868 | + EDI: WTRRNBANK.COM | Nov 13 2025 04:26:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519854869 | + EDI: WTRRNBANK.COM | Nov 13 2025 04:26:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 519857803 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 12 2025 23:46:23 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519891321 | *+ | Ford Motor Credit Company, LLC, c/o Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2025             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com |
| Paul H. Young | on behalf of Debtor Deirdre Carew support@ymalaw.com lesliebrown.paralegal@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6