UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853
609-587-6888

In re:

Deirdre Carew

Case No.: 23-11826 / MEH

Chapter:  13

Judge: Mark Edward Hall

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the court in the amount of $4,776.20, payable to the Clerk, United States Bankruptcy Court.  The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Deirdre Carew - Debtor Refund<br>1 Woodlake Dr<br>Parlin, NJ  08859 | $4,776.20 |

DATED:  3/5/2026

/s/  Albert Russo

Albert Russo
Standing Chapter 13 Trustee

2311826      0