**Fill in this Information to identify the case:**

Debtor 1: Deirdre (First Name) Ann (Middle Name) Carew (Last Name)

Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name

United States Bankruptcy Court for the: District of New Jersey (State)

Case number: 23-11826

RECEIVED
OCT 27 2026
AT 8:30 ____M
CLERK, U.S. DISTRICT COURT - DNJ

FILED
JEANNE A. NAUGHTON, CLERK
OCT 27 2026
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY ______ DEPUTY

**Form 1340 (8/24)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 4776.20 |
| Claimant's Name: | Deirdre Carew |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 579 Newman Springs Road (CR520)<br>Marlboro, NJ 07746<br><br>Phone number: 732-535-6887<br>Email address: DEEDGE87@YAHOO.COM |

### 2. Claimant Information

Applicant[2] represents the following:

[X] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

[ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**3. Applicant Information**

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

**4. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of New Jersey
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, New Jersey 07102

**6. Applicant Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: 9/16/2026

[signature]

Signature of Applicant

Deirdre Carew

Printed Name of Applicant

Address: 579 Newman Springs Road
Marlboro, NJ 07746

Telephone: 732-535-6887

Email: Deedge87@yahoo.com

**6. Co-Applicant Declaration (if applicable)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: ______________________

______________________

Signature of Co-Applicant (if applicable)

______________________

Printed Name of Co-Applicant (if applicable)

Address: ______________________

Telephone: ______________________

Email: ______________________